UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 18-149 (SRN/SER)

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                                                                       **ORDER OF DETENTION**

NORRIS ANDREWS,

        Defendant.

This matter came before the Court on June 26, 2018, upon the motion of the United States for an order of detention. The defendant was present and represented by his attorney, Lisa Lopez.[1] The United States was represented by Assistant United States Attorney Jeffrey S. Paulsen.

The defendant is charged by indictment with being a felon in possession of a firearm as an Armed Career Criminal. The indictment establishes probable cause to believe the defendant committed the offense charged.

The defendant waived a formal detention hearing and agreed to the entry of an order of detention against him, subject to his right to move to reopen the detention hearing if circumstances change. There is presently a Department of Corrections hold on the defendant from a prior case, which is scheduled to expire in mid-August 2018.

Based upon the information in the report of Pretrial Services, and on the

---

[1] The defendant indicated at the detention hearing that he does not wish to be represented by Ms. Lopez. He was also clear that he did not wish to represent himself. The defendant was directed to file a motion for new counsel if he continues to be dissatisfied with being represented by Ms. Lopez.

defendant's waiver of a formal detention hearing, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community, and a showing by the preponderance of the evidence that no condition or combination of conditions of bond will reasonably ensure the defendant's appearance in court.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: June 28, 2018

                                              *s/Hildy Bowbeer*
                                              HILDY BOWBEER
                                              UNITED STATES MAGISTRATE JUDGE