UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 18cr149 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Norris Deshon Andrews | |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

Dated: July 16, 2018             s/ *Steven E. Rau*
                                 Steven E. Rau
                                 U.S. Magistrate Judge