**Kevin M. O'Brien**
*Attorney at Law*
333 WASHINGTON AVENUE N.
SUITE 415
MINNEAPOLIS, MN 55401

(612) 237-9510
EMAIL koblaw@aol.com

February 1, 2019

United States District Court
Clerk of Court, Room 202
United States Courthouse
300 South Fourth Street
Minneapolis, Mn., 55415

RE: United States v. Norris Deshon Andrews
Court File: 18-cr-1849 (DTS/SRN)

Dear Clerk of Court,

I am stand by counsel for the above named defendant. On December 19, 2018, Docket Number 106 was filed with the Court. By error, miscellaneous documents, not related to the matter, were filed as part of that docket entry. The writings contained in pages 5 through 13 are not germane to the above matter and were not created by the above pro-se defendant.

Best regards,

Kevin M. O'Brien

Kevin M. O'Brien