**DANIEL L GERDTS**
**LAWYER**
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086
daniel@danielgerdtslaw.com

21 May 2019

The Honorable Susan Richard Nelson
United States District Court Judge
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: United States vs. Norris Deshon Andrews,
18-CR-149 (SRN/DTS)

Dear Judge Nelson:

I write, as Mr. Andrews's standby counsel and at his request, to provide the Court with a status update on the case, particularly as the Court considers motions and responses recently filed by the Parties, and in light of a recent change in Mr. Andrews's circumstances as set forth below.

At my visit with Mr. Andrews yesterday afternoon at the Sherburne County Jail, I was surprised to see him brought in by the deputies in shackles. This is normal for detainees who have been placed in administrative segregation, but in Mr. Andrews's case the segregation was not for the normal disciplinary reason regarding a behavioral infraction, but rather because he had suffered a broken leg accidentally caused by another inmate during recreational activities at the jail. The fracture required surgery, and the doctors have told him that another surgery will be necessary. In addition to the handcuffs, he was in a wheelchair and his leg was medically immobilized.

The combination of being in segregation, along with his newly limited mobility and ongoing health issues, make it impossible for him to provide timely notices and trial pleadings to the Court and prosecution. He has very limited to no access to the computer necessary to review case materials and draft pleadings and prepare for trial.

Still pending before the Court, of course, is Mr. Andrews's recent motion for a continuance [Docket No. 197]. The prosecution has not responded to this motion probably because it post-dates the Court's Order for responses to the other various pleadings filed by Mr. Andrews. I believe the Court should consider it seriously for the new reasons just noted above, but also for the reasons set forth therein.

In addition to the broken leg, for example, I just received last week copies of various disclosures by the Government that included a two-page DNA lab report that opines that a DNA mixture found on the firearm includes a major profile that "matches" Mr. Andrews's DNA. Mr. Andrews had not yet even received it when I visited him yesterday afternoon. I think it is extraordinary that this report is disclosed only three weeks before trial in a case that was indicted a year ago. Considering Mr. Andrews's present circumstances, there is no way for him to receive the full laboratory case report from the BCA in time for it to be useful to him at trial on a potentially very important issue.

Also just disclosed is a copy of a cellular analysis report that purports to show the estimated location of Mr. Andrews's mobile telephone based on the cell towers and sectors used by the phone at various times on the day of the events at issue. There likewise is insufficient time for Mr. Andrews to be able competently to review, analyze, and prepare to rebut that new scientific evidence.

Finally, as the Government's response [Docket No. 200] acknowledges, some of the discovery that Mr. Andrews only recently received, and that forms the basis for his request to re-open the evidentiary hearing on pretrial motions [Docket No. 186], does indeed raise questions about aspects of the testimony received on those motions. Mr. Andrews neglected to include in his motion an offer of proof about another recently received video from a different body-worn camera that provides an entirely different explanation for why the police were eager to stop the vehicle in which they claim to have found the firearm that forms the basis of this prosecution. His current situation prevents him from correcting that omission in a timely fashion.

Considering all of the above, undersigned standby counsel respectfully believes that it may be prudent to convene a status conference to consider Mr. Andrews's new circumstances and whether the interests of justice might require a modification of the current trial schedule.

Yours sincerely,

s\ Daniel L. Gerdts

Daniel L. Gerdts
Standby Counsel for Norris Andrews

DLG:dg

cc: Jeffrey Paulsen, AUSA
Samantha Heather Bates, AUSA