UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. 18-149 (SRN/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

NORRIS DESHON ANDREWS,

Defendant.

**SUPERSEDING INDICTMENT**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm - Armed Career Criminal)

On or about May 15, 2018, in the State and District of Minnesota, the defendant,

**NORRIS DESHON ANDREWS,**

having previously been convicted of the following felony crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another:

| **Offense** | **Court** | **Date of Conviction (on or about)** |
|---|---|---|
| Third Degree Assault | Hennepin County, MN | March 15, 2006 |
| Fleeing a Police Officer in a Motor Vehicle | Hennepin County, MN | September 11, 2009 |
| Second Degree Assault | Hennepin County, MN | September 8, 2011 |
| Second Degree Assault | Hennepin County, MN | September 8, 2011 |
| Fourth Degree Assault on a Correctional Employee with Demonstrable Bodily Harm | Sherburne County, MN | September 13, 2013 |
| Second Degree Burglary of a Dwelling | Hennepin County, MN | November 10, 2016 |

SCANNED
MAY 21 2019
U.S. DISTRICT COURT MPLS

knowingly possessed, in and affecting interstate commerce, a loaded Taurus, Model PT111, 9 mm semiautomatic pistol, serial number TET61443, knowing that he had been convicted of at least one felony, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

**FORFEITURE ALLEGATIONS**

If convicted of Count 1 of this Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Section 922(g)(1), including the following firearm: a Taurus, Model PT111, 9 mm semiautomatic pistol, serial number TET61443.

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON