# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

NORRIS DESHON ANDREWS ,

Defendant

## COURT MINUTES

BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-CR-149 (SRN/DTS) |
| Date: | July 18, 2019 |
| Court Reporter: | N/A |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 9:15 a.m. |
| Recess: | 10:35 a.m. |
| Resumed: | 10:40 a.m. |
| Recess: | 12:30 p.m. |
| Resumed: | 1:20 p.m. |
| Recess: | 3:10 p.m. |
| Resumed: | 3:25 p.m. |
| Time Concluded: | 4:45 p.m. |
| Time in Court: | 6 hours, 20 minutes |
| Hearing Type: | Evidentiary |

## APPEARANCES:

Plaintiff: Jeffrey S. Paulsen, Samantha Bates, Assistant U.S. Attorneys
For Defendant: Norris Andrews, pro se; Daniel L. Gerdts, Standby CJA

Def.'s addt'l submissions due: **July 25, 2019** Govt. addt'l submissions due: **July 31, 2019**

Non-Dispositive motions taken under advisement as of today: **N/A**
Dispositive motions taken under advisement as of **today**: **N/A**

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court ☐ Exhibits returned to counsel ☐ Text order to be entered by Clerk's Office

Additional information:
Any additional submissions are limited as described on the record and confined in scope to this hearing.

Non-sequential Defendant's Exhibits 100-111 entered into the record. Def.'s Exs. 102, 104, and 106 retained by the Court. Government to provide Court with copies of Def.'s Exs. 100-01, 103, 105, 107-11, which are police body camera videos.

s/A. Spillane
Signature of Law Clerk