REDACTED

4 30 PM
THU 10/3

JUDGE NELSON -

WE ARE STILL IN

DELIBERATION AND
REQUIRE MORE TIME
TOMORROW.

REACH A FINAL VERDICT
TOMORROW. WE WILL
RESUME 8:30 AM FRIDAY.

THANK YOU.

SIGNATURE REDACTED

SIGNATURE REDACTED

Jury Note No. 1
Date: 10/3/19 at 4:35 pm

SCANNED
OCT 04 2019 ACK
U.S. DISTRICT COURT ST. PAUL