4/16/19
10:42

JUDGE NELSON

THE JURY REQUESTS TO SEE THE PHYSICAL EVIDENCE OF THE FIREARM, ONCE MORE. WE HAVE MADE GREAT PROGRESS THIS MORNING

THANK YOU.

REDACTED

SIGNATURE REDACTED

SIGNATURE REDACTED

SCANNED
OCT 04 2019
U.S. DISTRICT COURT ST. PAUL

Jury Note No. 2

Date: 10/4/19 10:47 a.m.