18cr149 SRN

4 Oct 2019
12:25 PM

JUDGE NELSON

WE HAVE REACHED A
UNAMIMOUS VERDICT
AND ARE PREPARED
TO RETURN TO COURT.

REDACTED

SIGNATURE REDACTED

SCANNED
OCT 04 2019 ACH
U.S. DISTRICT COURT ST. PAUL