UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Norris Deshon Andrews,<br><br>Defendant. | Case No. 18-cr-149 (SRN/DTS)<br><br>**ORDER** |

Samantha Bates and William Mattessich, United State's Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the United States.

Norris Deshon Andrews, Reg. No. 21579-041, FCC-USP Coleman 1, P.O. Box 1033, Coleman, FL 33521, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Defendant Norris Deshon Andrews' "Pro Se Motion for Court Assistance for Legal Material and Waiver of Fee" [Doc. No. 410]. Based on a review of the files, submissions, and proceedings herein, and for the reasons below, the Court denies the motion as moot.

Mr. Andrews was convicted by a jury in October 2019 of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g) and 924(e)(1) [Doc. No. 294] and is currently serving a 262-month sentence [Doc. No. 326]. On his direct appeal, the Eighth Circuit Court of Appeals affirmed his conviction and sentence [Doc. No. 372], and the U.S. Supreme Court denied certiorari [Doc. No. 375].

In March 2023, Mr. Andrews filed a motion for collateral relief under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct his sentence [Doc. No. 383]. In August 2023, the Court denied his motion and denied a certificate of appealability [Doc. No. 399].

In November 2023, Mr. Andrews appealed the denial of a certificate of appealability [Doc. No. 411]. The Eighth Circuit Court of Appeals denied his appeal and, on April 16, 2024, issued its mandate [Doc. Nos. 417 & 418].

Andrews filed the instant motion on October 30, 2023, approximately one week prior to filing his appeal on the denial of a certificate of appealability. In the motion, Mr. Andrews seeks all the trial exhibits submitted by the defense and Government at his trial and, for the period between June 22, 2018 and April 20, 2020, "all of the transcripts," "all of the motions, pleadings and briefs filed by the Defendant," "all of the Government's filings, briefs, and pleadings," "all the Court's filings, rulings, orders, and reports and recommendations," and "all of the pre-trial exhibits in the record." (Def.'s Mot. at 1–2.) Mr. Andrews requests the waiver of any fee for copies of the materials due to indigence. (*Id*. at 2.) He seeks these materials for use in his appeal of the denial of a certificate of appealability on his § 2255 Motion. (*See id*. at 2–3.) He states that although he previously possessed most of these materials, due to prison transfers, he subsequently lost them. (*Id*. at 2.)

The Court finds that because the Eighth Circuit has now ruled on Mr. Andrews' appeal and issued its mandate, his motion is therefore moot. Accordingly, it is denied on this basis.

3

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that

    1.    Mr. Andrews' "Pro Se Motion for Court Assistance for Legal Material and Waiver of Fee" [Doc. No. 410] is **DENIED AS MOOT**.

Dated: April 17, 2024                                                            s/Susan Richard Nelson
                                                                                                                                SUSAN RICHARD NELSON
                                                                                                                                United States District Judge