## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Norris Deshon Andrews,<br><br>Defendant. | Case No. 18-CR-149 (SRN/DTS)<br><br><br>**ORDER** |

William Mattessich, U.S. Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Norris Deshon Andrews, Reg. No. 21579-041, FCC-USP Coleman 1, P.O. Box 1033, Coleman, FL 33521, Pro Se

SUSAN RICHARD NELSON, United States District Judge

Before the Court are two pro se motions filed by Defendant Norris Deshon Andrews: (1) Motion for Reconsideration [Doc. No. 429]; and (2) Application for Certificate of Appealability [Doc. No. 431].

Mr. Andrews seeks reconsideration of the denial of his Pro Se Motion for Relief from Judgment Under Rule 60 [Doc. No. 421], which the Court addressed in its April 9, 2025 Order. (Apr. 9, 2025 Order [Doc. No. 426] at 4–9.) In the April 9 Order, the Court also denied a certificate of appealability. (*Id.* at 9–10.) Currently pending before the Eighth Circuit is Mr. Andrews' appeal of the April 9, 2025 Order. (Pro Se Notice of Appeal [Doc. No. 430].)

His Motion for Reconsideration [Doc. No. 429] is hereby **DENIED**.   His Application for a Certificate of Appealability [Doc. No. 431] is likewise **DENIED** for the reasons stated in the April 9, 2025 Order.   (*See* Apr. 9, 2025 Order at 9–10.)

Dated: September 17, 2025                              s/Susan Richard Nelson
                                                       SUSAN RICHARD NELSON
                                                       United States District Judge